## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 14-cv-03116 |
| | ) | |
| NORTHWEST REPOSSESSION, LLC, | ) | Hon. John R. Blakey |
| AUSTIN CAR CREDIT, INC., and | ) | |
| ZACH L/N/U, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW APPEARANCE

NOW COMES Kristen E. Lukaszak of Fisher Kanaris, P.C., and in support of her Motion to Withdraw her Appearance in the above-captioned matter, sates as follows:

1. On June 20, 2014, Eric D. Stubenvoll, an attorney at Fisher Kanaris, P.C. filed an appearance on behalf of Northwest Repossession, LLC.

2. On June 20, 2014, movant, Kristen E. Lukaszak at Fisher Kanaris filed an appearance on behalf of Northwest Repossession, LLC.

3. Kristen E. Lukaszak has resigned from Fisher Kanaris, P.C. She will no longer represent Northwest Repossession, LLC in this matter and requests that her appearance be withdrawn.

4. The withdrawal of her appearance will not interfere with or delay this litigation in any way and will not leave Northwest Repossession, LLC without capable and competent counsel.

WHEREFORE, Kristen E. Lukaszak respectfully requests that this Honorable Court grant her motion and withdraw the appearance she filed on behalf of Northwest Repossession, LLC.

1

                                    Respectfully submitted,

                                    /s/ Kristen E. Lukaszak
                                    Kristen E. Lukaszak

Eric D. Stubenvoll
Kristen E. Lukaszak
FISHER KANARIS, P.C.
1 S. Wacker Dr., Suite 3100
Chicago, IL  60606
(312) 474-1400 phone
(312) 474-1410 fax
Firm I.D. 40798
Attorneys for Defendants Northwest Repossession, LLC