IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE BARNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:14-CV-03116 |
| v. | ) | |
| | ) | |
| NORTHWEST REPOSSESSION, LLC, | ) | Honorable John Robert Blakey |
| AUSTIN CAR CREDIT, INC., BOB | ) | Magistrate Judge Susan E. Cox |
| SOLTANI and ZACH L/N/U, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Plaintiff's counsel Allison Krumhorn hereby files this motion to withdraw her appearance as one of the attorneys of record in this matter, stating as follows:

1. Since the inception of this case, Allison Krumhorn has been one of the attorneys of record for Plaintiff Nicole Barnes.

2. However, Ms. Krumhorn has left the firm retained to represent Plaintiff, the Consumer Advocacy Center, P.C.

3. Plaintiff Nicole Barnes will continue to be represented by counsel from the Consumer Advocacy Center, P.C., namely, Lance Raphael, Justin Hagan, and Katherine Bowen.

4. As such, Ms. Krumhorn now files the instant motion.

WHEREFORE, it is respectfully requested that this Court grant Allison Krumhorn leave to withdraw as one of the attorneys of record in this action.

Respectfully submitted,

By: /s/ Allison Krumhorn
One of Plaintiff's Attorneys

Allison Krumhorn
Wilcox Law Firm, P.C.
1900 The Alameda, Suite 530
San Jose, California 95126
(408) 296-0400