# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| NICOLE BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:14-CV-03116 |
| v. ) | |
| ) | |
| NORTHWEST REPOSSESSION, LLC, ) | Honorable John Robert Blakey |
| AUSTIN CAR CREDIT, INC., BOB ) | Magistrate Judge Susan E. Cox |
| SOLTANI and ZACH L/N/U, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, March 17, 2016 at 9:45 a.m., the undersigned counsel will appear before the Honorable Judge Blakey, presiding in Courtroom 1725 of the U.S. District Court for the Northern District of Illinois, Eastern District, and then and there present her ***Motion to Withdraw***.

Respectfully submitted,

By: /s/ Allison Krumhorn
One of Plaintiff's Attorneys

Allison Krumhorn
Wilcox Law Firm, P.C.
1900 The Alameda, Suite 530
San Jose, California 95126
(408) 296-0400